# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JCPIC ASIA USA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JCPENNEY INTERNATIONAL CATALOG, INC., a Delaware corporation, J.C. PENNEY CORPORATION, INC., a Delaware corporation, and DOES 1 through 30 inclusive,<br><br>　　　　　Defendants. | Case No. CV09-1608 GW (JCx) Assigned to: Hon. George H. Wu<br><br>**ORDER OF DISMISSAL** |
| JCPENNEY INTERNATIONAL CATALOG, INC., a Delaware corporation and J.C. PENNEY CORPORATION, INC. a Delaware corporation,<br><br>　　　　　Counterclaimants,<br><br>　　vs.<br><br>JCPIC ASIA USA, INC., a California corporation, BOBBY SUH an individual and ROES 1 through 30 inclusive.<br><br>　　　　　Counter-Defendants | |

# **O R D E R**

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice; each Party to bear its own costs and attorney's fees.

Dated: May 13, 2011

_____
GEORGE H. WU
United States District Court Judge